**Order entered April 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01619-CV

**BECKY DREW AND ROBERT KEVIN DREW, Appellants**

**V.**

**TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12720**

## ORDER

We **GRANT** appellee's April 4, 2014 unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than April 11, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
          JUSTICE